UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN POULLARD (#98999)

VERSUS

PAUL TOCE

CIVIL ACTION

NO. 15-94-SDD-RLB

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 15, 2015. Plaintiff has filed an objection[3] and a supplemental objection[4], which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims. Further, the Plaintiff's *Motion for Summary Judgment*[5] shall be denied and the *Motion for Summary Judgment*[6] of Defendant Dr. Paul Toce shall be granted, dismissing the Plaintiff's claims asserted against the Defendant with prejudice, and this action shall be dismissed.

Baton Rouge, Louisiana the 7 day of January, 2016.

*Shelly Dick*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 43.
[3] Rec. Doc. 44.
[4] Rec. Doc. 45.
[5] Rec. Doc. 39.
[6] Rec. Doc. 30.